**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Legal Counsel**

131 M St, N. E., Fifth Floor
Washington, D. C.  20507
Free: (833) 827-2920
ASL: (844) 234-5122
FAX: (202) 827-7545
Website: www.eeoc.gov

July 21, 2025

To:

| | | |
|---|---|---|
| Christopher D. Hampson | Elise Bernlohr Maizel | Mason A. Kortz |
| UNIVERSITY OF FLORIDA | MICHIGAN STATE UNIVERSITY | HARVARD CYBERLAW CLINIC |
| Levin College of Law | College of Law | Lewis Hall, 4th Fl. |
| 309 Village Dr. | 648 N. Shaw Ln. | 1557 Massachusetts Ave. |
| Gainesville, FL 32611 | East Lansing, MI 48824 | Cambridge, MA 01238 |
| hampson@law.ufl.edu | maizelel@law.msu.edu | mkrotz@law.harvard.edu |

Re:      FOIA No.: **820-2025-011745**

Your FREEDOM OF INFORMATION ACT (FOIA) request, received on May 13, 2025, seeks the following records:

[F]rom March 17, 2025, to the date on which this Request is fulfilled:

1.   All correspondence between the EEOC and any of the Recipient Firms related to the DEI Letter, including but not limited to answers to questions raised in the DEI letter,

2.   All Settlement Agreements, and

3.   All records that discuss, describe, or refer to the existence or contents of any Settlement Agreements.

On June 13, 2025, our office fully denied items 2 and 3. For the following reasons, item 1 is fully denied pursuant to FOIA Exemption 3.

Exemption (b)(3)(A)(i) to the FOIA, 5 U.S.C. § 552(b)(3)(A)(i) (2006), amended by OPEN FOIA Act of 2009, Pub. L. No. 111-83, 123 Stat. 2142, 2184, states that disclosure is not required for a matter specifically exempted from disclosure by statute if that statute:

(A)(i) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue[.]

Sections 706(b) and 709(e) of Title VII of the CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5(b), 2000e-8(e)(1982), are part of such a statute. Section 107 of the AMERICANS WITH DISABILITIES ACT (ADA) and § 207 of the GENETIC INFORMATION NONDISCRIMINATION ACT adopt the procedures of sections 706 and 709 of Title VII. See EEOC v. Associated Dry Goods Co., 449 U.S. 590 (1981); Frito-Lay v. EEOC, 964 F. Supp. 236, 239-43 (W.D. Ky. 1997); American Centennial Insurance Co. v. EEOC, 722 F. Supp. 180 (D.N.J. 1989); and EEOC v. City of Milwaukee, 54 F. Supp. 2d 885, 893 (E.D. Wis. 1999).

EEOC regulation 29 C.F.R. § 1610.17(e) provides that "nothing said or done during and as a part of the Commission's endeavors to eliminate any alleged unlawful employment practice by informal methods of conference, conciliation, and persuasion may be made public by the Commission without the written consent of the parties concerned." Consequently, our office cannot disclose the information requested in item 1, should anything responsive to that item exist.

820-2025-011745

You may contact the EEOC FOIA Public Liaison Michael L. Heise for further assistance or to discuss any aspect of your request. In addition, you may contact the OFFICE OF GOVERNMENT INFORMATION SERVICES (OGIS) to inquire about the FOIA mediation services they offer.

The contact information for OGIS is as follows: OFFICE OF GOVERNMENT INFORMATION SERVICES, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at (202) 741-5770; toll free 1-877-684-6448.

The contact information for the FOIA Public Liaison is as follows: Michael L. Heise, EEOC FOIA Public Liaison, OFFICE OF LEGAL COUNSEL, FOIA Division, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, 131 M. Street, N.E., Fifth Floor, Washington, D.C. 20507, email to FOIA@eeoc.gov, telephone at (202) 921-2542; or fax at (202) 827-7545.

If you are not satisfied with the response to this request, you may administratively appeal in writing. Your appeal must be postmarked or electronically transmitted in 90 days from receipt of this letter to the OFFICE OF LEGAL COUNSEL, FOIA Division, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, 131 M Street, NE, 5NW02E, Washington, D.C. 20507, email to FOIA@eeoc.gov; online at https://eeoc.arkcase.com/foia/portal/login, or fax at (202) 827-7545. Your appeal will be governed by 29 C.F.R. § 1610.11.

Sincerely,

Michael L. Heise, Esq

Michael L. Heise
Assistant Legal Counsel | FOIA Division
FOIA@eeoc.gov