UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELISE BERNLOHR MAIZEL and CHRISTOPHER D. HAMPSON, | |
| Plaintiffs, | |
| v. | Civil Action No. 26-0494 (BAH) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to Paragraph 4(b)(ii) of the Court's Standing Order (ECF No. 4), Plaintiffs Elise Bernlohr Maizel and Christopher D. Hampson and Defendant the Equal Employment Opportunity Commission, by and through undersigned counsel, submit this joint status report.  This case involves Plaintiffs' request for records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

Defendant is processing Plaintiffs' request and expects to provide a final determination and produce all responsive, non-exempt records to Plaintiffs by May 15, 2026. Plaintiffs requested an earlier determination. While Defendant understands that Plaintiff, like all requesters, would like to receive a response to its request more quickly, Defendant's estimated date is based on other competing FOIA obligations and the need to review the documents carefully for exempt material. *See, e.g.*, 42 U.S.C. § 2000e-8 ("It shall be unlawful for any officer or employee of the Commission to make public in any manner whatever any information obtained by the Commission pursuant to its authority under this section prior to the institution of any proceeding under this subchapter

- 2 -

involving such information.").  At this time, it is too early to determine whether any dispositive motions are necessary.

The parties request that the Court order the parties to file a new status report in fourteen days after the expected determination date—*i.e.*, on Friday, May 29, 2026.

A proposed order is attached.

Dated: April 13, 2026
       Washington, DC

/s/ Mason A. Kortz

Mason A. Kortz
Bar ID: MA0057
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
(858) 922-1990
mkortz@law.harvard.edu

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Brian J. Levy*_____
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6734

*Attorneys for Defendant*