UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELISE BERNLOHR MAIZEL and CHRISTOPHER D. HAMPSON,<br><br>  Plaintiffs,<br><br>  v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Defendant. | Civil Action No. 26-0494 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED that the parties shall file a joint status report on or before Friday, May 29, 2026.

SO ORDERED:


_____                    _____
Date                                                          BERYL A. HOWELL
                                                                United States District Judge